# UNITED STATES DISTRICT COURT

for the

District of

Division

NOV 6 2026 AM9:56
FILED - USDC - FLMD - TPA

| | |
|---|---|
| Angelica Penilla<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>**-v-**<br><br>Diuwers Sanchez Cabrera AKA Pokercito<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 8:26-cv-3354-KKM-GDP<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Angelica Penilla |
| Street Address | 14512 Knoll Ridge Dr |
| City and County | Tampa |
| State and Zip Code | FL,33625 |
| Telephone Number | 813 730 9147 |
| E-mail Address | realidadrealmusicrecord@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TPA75194
$405.00

Defendant No. 1

| | |
|---|---|
| Name | Diuwers Sanchez Cabrera |
| Job or Title *(if known)* | Artist of Realidad Real Music Record LLC |
| Street Address | 2639 16th St SW |
| City and County | Washington |
| State and Zip Code | DC,20009 |
| Telephone Number | |
| E-mail Address *(if known)* | diuwers.sanchez@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

17U.S.C-106 Exclusive Rights in Copyright works.
17U.S.C-501 Copyright infringement.
The plaintiff alleges unauthorized use and exploitation of musical and audiovisual works in which it claims ownersgio of exclusive rights through written contractual assignments.
The plaintiff also asserrs related contractual claims arising from the parties' agreements, subject to the Court's supplemental jurisdiction under 28 U.S.C 1367, if applicable

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Angelica Penilla, is a citizen of the State of *(name)* Florida.

b. If the plaintiff is a corporation

The plaintiff, *(name)* Realidad Real Music Record LLC, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* Florida.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Diuwers Sanchez Cabrera, is a citizen of the State of *(name)* ______. Or is a citizen of

*(foreign nation)* Cuba .

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy is approximately $160.000, representing investment made by plaintiff in the artist's career, music production, audiovisual production, proomtion, distribution, marketing, as well as damages and economic losses incurred by Plaintiff as result of Defendant's alleged breach of contract,unauthorized use and exploitation of Plaaintiff"s contractual propery, artistic works, and related materials.Plaintiff seeks recovery of the damages and losses sustained,, together with any applicable equitable relief, cots, and other relief avalible under applicable federal law.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see atached document

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests that the Court:

1. Award Plaintiff monetary damages in an amount to be proven at trial, presently estimated at approximately $160,000, representing Plaintiff's investment, damages, and economic losses arising from Defendant's alleged breach of contract and unauthorized use and exploitation of Plaintiff's contractual and intellectual property rights;

2. Enter appropriate injunctive and equitable relief preventing Defendant from continuing to use, reproduce, distribute, publish, upload, exploit, or otherwise interfere with Plaintiff's contractual rights, copyrighted works, artist-related materials, and other protected property;

3. Require the removal, restriction, or other appropriate disposition of the disputed YouTube content and any substantially similar unauthorized content, to the extent authorized by applicable law;

4. Award Plaintiff applicable costs, attorneys' fees where authorized by law or contract, and any other relief to which Plaintiff may be entitled; and

5. Grant such other and further relief as the Court deems just and proper

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov/6,2026

Signature of Plaintiff Angelica Penilla

Printed Name of Plaintiff Angelica Penilla

### B. For Attorneys

Date of signing: ________

Signature of Attorney ________

Printed Name of Attorney ________

Bar Number ________

Name of Law Firm ______________________

Street Address ______________________

State and Zip Code ______________________

Telephone Number ______________________

E-mail Address ______________________