AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Angelica Penilla
*Plaintiff(s)*

v.

Diuwers Sánchez Cabrera
*Defendant(s)*

Civil Action No. 8:26-CV-3354-KKM-GDP

NOV 6 2026 PM 3:18
FILED - USDC - FLMD - TPA

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Diuwers Sanchez Cabreta AKA Pokercito
email: diuwers.sanchez@gmail.com
2639 16th st SW, Washington DC 20009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Angelica Penilla
email: realidadrealmusicrecord@gmail.com
14512 Knoll Ridge Dr Tampa, FL 33625

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/6/2026

KIMBERLY CALIXTO
*Signature of Clerk or Deputy Clerk*